# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADELL M. DIXON,<br><br>          Plaintiff,<br><br>     vs.<br><br>C. TRIESCH, et al.,<br><br>          Defendants. | 1:12cv01449 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Document 15) |

     Plaintiff Tradell M. Dixon ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On April 10, 2013, the Magistrate Judge issued Findings and Recommendations regarding dismissal of certain claims and certain Defendants. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days. Plaintiff has not filed objections.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 10, 2013, are ADOPTED in full;

2. This action shall proceed against Defendant Triesch for violation of the Eighth Amendment based on deliberate indifference to a serious medical need; and

3. Plaintiff states no further cognizable claims and therefore Defendants Doe CMO, Harrington and Cate are DISMISSED from this action.

IT IS SO ORDERED.

Dated:   **May 29, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE